# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0065.  IN THE INTEREST OF A. J. R. C., et al., CHILDREN (MOTHER).**

Having been read and considered, the appellant's emergency motion for an extension of time to file an application for discretionary review is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/24/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*